| Submit this form by e-mail to: | | FILED |
|---|---|---|
| CrimIntakeCourtDocs-LA@cacd.uscourts.gov | For Los Angeles criminal duty. | |
| CrimIntakeCourtDocs-SA@cacd.uscourts.gov | For Santa Ana criminal duty | 2022 JUN 30 AM 10: 54 |
| CrimIntakeCourtDocs-RS@cacd.uscourts.gov | For Riverside criminal duty. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| v.                            PLAINTIFF | MJ 22-02545 |
| Joseph Broderick | REPORT COMMENCING CRIMINAL ~~ACTION~~ |
| USMS# 79129-112        DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 6/30/22 at 9:00 ☒AM ☐ PM
   or
   The defendant was arrested in the C District of CA on 6/30/22 at 09:00 ☒AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 7606

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1984

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: _____   Phone Number: _____

9. Name of Pretrial Services Officer notified: Duty Officer

10. Remarks (if any): _____

11. Name: N Almancer (please print)

12. Office Phone Number: 2136507676      13. Agency: USMS

14. Signature: [signature]      15. Date: 6/30/22

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION